Order issued October 24, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01392-CV

**JOSE ANGEL HERNANDEZ, Appellant**

**V.**

**YADI'S WESTERN DISTRIBUTOR, INC., Appellee**

## ORDER

We **GRANT** appellant's October 11, 2012 motion for an extension of time to file his notice of appeal. The notice of appeal filed on October 11, 2012 is deemed timely for jurisdictional purposes.

CAROLYN WRIGHT
CHIEF JUSTICE